**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00001-CV**
_____

**IN THE INTEREST OF B.C.C.**

**On Appeal from the 317th District Court**
**Jefferson County, Texas**
**Trial Cause No. C-224,292-C**

**ORDER**

On October 16, 2020, the trial court signed an appealable order in Trial Cause Number C-224,292-C. Daniel Campise filed a notice of appeal and a request for a reporter's record that included a hearing held on September 28, 2020, and all exhibits that were admitted in the hearing. The court reporter filed a reporter's record of the September 28, 2020 hearing, but failed to include any of the exhibits that the trial court admitted in the hearing. On June 1, 2021, the court reporter notified the Court that she did not prepare an exhibit volume, because no exhibits were efiled by the attorneys.

Appellant complains that the reporter's record is inaccurate and incomplete because the exhibits that were admitted during the proceeding have been omitted from the reporter's record. He argues that he is entitled to a new trial because Respondent's Exhibit Numbers 2, 3, 9, 10, 11, 12, and 13, and Petitioner's Exhibit Number 7 were admitted in the September 28, 2020 hearing, that the exhibits are necessary to the resolution of the appeal, that the exhibits are lost or are missing and that the parties cannot agree whether or how the record can be completed with reasonable certainty. The appellee, Karley Goetschius, informed the Court that the parties emailed their exhibits to the trial court before the trial, that the trial court had possession of Respondent's Exhibits Numbers 2, 3, 7, 9, 10 and 12 and admitted those exhibits during the hearing on September 28, 2020.

The parties agree the record is inaccurate, but the parties cannot agree on whether or how to correct the reporter's record so that the text accurately discloses what occurred in the trial court and the exhibits are accurate. *See* Tex. R. App. P. 34.6(e)(2). Accordingly, we abate the appeal and remand the case to the trial court for a hearing to resolve the dispute. We direct the trial court to determine which exhibits were admitted in the hearing, whether the exhibits that were admitted in the hearing can be replaced by agreement, or by copies determined by the trial court to accurately duplicate with reasonable certainty the original exhibits. *See* Tex. R. App. P. 34.6(f)(4). The trial court's findings shall be made in open court or reduced to

writing and included in a supplemental record. If the trial court determines that the exhibits can be located or duplicated, the court reporter shall prepare an exhibit volume and file it with the Court of Appeals. The supplemental record is due August 6, 2021.

The appeal will be reinstated without further order of this Court when the supplemental record here ordered has been filed with the appellate court. The brief of the appellant is due thirty days after the supplemental record is filed.

ORDER ENTERED July 7, 2021.

PER CURIAM

Before Golemon, C.J., Kreger and Horton, JJ.